UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN ROSE ROBINSON; BRENDEN STEVEN FASSLER; E.M.B., a minor; J.P.R., a minor; and B.M.F., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>PLACER COUNTY, GINA GEISLER; VANESA CARDENAS; DIANA RYAN; AUTUMN FARIS; MISSY RUSS; REBECCA CAIN; NANCY MUIR; BRIDGETTE RILEY; STACEY EVANS; KRISTEN SILES; FORREST STUMBO; AMY BURTON; ROSEMARY R. JAMISON; HEATHER PALMER; KRISTIN KOLSTER; LINDA ADAM; and ANNA PAGE,<br><br>Defendants. | No. 2:21-cv-02037-TLN-JDP<br><br>**ORDER** |

On November 17, 2021, Plaintiffs filed an "Emergency Motion to Vacate Reference to Magistrate Judge" (ECF No. 12), which this Court construes as a motion to reconsider it's November 5, 2021 order denying Plaintiffs' motion for temporary restraining order and referring the case to the assigned magistrate judge (ECF No. 4).

"A motion for reconsideration should not be granted, absent highly unusual circumstances, unless the district court is presented with newly discovered evidence, committed

1

clear error, or if there is an intervening change in the controlling law." *Maryln Nutraceuticals, Inc. v. Mucos Pharma GmbH & Co.*, 571 F.3d 873, 880 (9th Cir. 2009).  The Court has reviewed Plaintiffs' filing and finds none of these factors present in the instant motion, and thus declines to reconsider its prior order.

Accordingly, Plaintiffs' Motion to Vacate Reference to Magistrate Judge (ECF No. 12) is DENIED.

IT IS SO ORDERED.

**DATED:  December 1, 2021**

Troy L. Nunley
United States District Judge